UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

JOCELYN PIERRE,

        Plaintiff,

  -against-

HEMPED NYC LLC AND KATSONS II
DEVELOPMENT, LLC,

        Defendants.

**NOTICE OF VOLUNTARY DISMISSALWITH PREJUDICE PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

Case No.: 1:23-cv-07710-DLI-JAM

## NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

  Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff, **Jocelyn Pierre** by and through his counsel, hereby gives notice that the above captioned action is voluntarily dismissed, **with prejudice** against Defendants, **Hemped NYC LLC and Katsons II Development, LLC** since no party has answered or otherwise moved for summary judgment in this action.

Dated: December 6, 2023

            The Marks Law Firm, P.C.

By:_____
   Bradly G. Marks
   The Marks Law Firm, PC
   155 E 55th Street, Suite 4H
   New York, NY 10022
   T:(646) 770-3775